UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 21 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DERIAN DOUGLAS HICKMAN, )
)
Plaintiff, )
)
v. ) Civil Action No. 10 0623
)
JUDGE HENRY KENNEDY, et al., )
)
Defendants. )

## MEMORANDUM OPINION

This matter comes before the Court on the plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The plaintiff is no stranger to this Court. In the instant complaint, he states that he has "filed almost 13 or more civil requests for a jury trial," yet he has "not had a court date or trial." Compl. at 1. The plaintiff demands "all court transcrips [sic] civil and other for use in trial," and he demands "expenses and property loss compensation for discrimination." *Id.*

A brief review of the Court's docket reflects that, not including the instant civil action, the plaintiff has filed 12 civil actions, all of which were dismissed in screening either for lack of compliance with Rule 8(a) of the Federal Rules of Civil Procedure or as frivolous. The plaintiff neither sought reconsideration nor noted an appeal of these cases. In light of this history, the Court deems the instant complaint frivolous and, accordingly, dismisses this action under 28 U.S.C. § 1915(a)(2)(B)(i). An Order consistent with this Memorandum Opinion will be issued on this same date.

DATE: April 8, 2010

United States District Judge